UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JODI FOSTER,

    Plaintiff,

v.                                                                                       CASE NO: :10-cv-2029-T-26AEP

YELLOW BOOKS SALES AND DISTRIBUTION
COMPANY, INC.,

    Defendant.
_____/

## **O R D E R**

Upon due consideration of the parties' submissions, it is ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 18) is denied. The Court is satisfied that Defendant has complied with its obligation of fully responding to Plaintiff's interrogatory number two of the second set of interrogatories and request number two of the second request for production of documents. However, in view of the fact that Defendant admits producing documentation in the form of "Quarterly New Business Reports" after the deposition of Mr. Matt McManus, Plaintiff's Motion to Continue Deposition (Dkt. 18) is granted, but only to the extent that Plaintiff's counsel may depose him with regard to the documents produced subsequent to his initial deposition. The hearing scheduled for Friday, June 17, 2011, at 10:30 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on June 9, 2011.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record